UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IGNACIO CRUZ, individually and on behalf
of others similarly situated,

      Plaintiff,

v.

GRAND GIFTS & CAFÉ INC. (D/B/A
GRAND CAFÉ), JOHN DOE CORP.
(D/B/A GRAND CAFÉ), SAVVAS
TSIATTALOS, and PEDRO MARTINEZ,

      Defendants.
----------------------------------------------------------X

Case 1:20-cv-06573-JMF
**JUDGMENT**


  On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

  NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff IGNACIO GRUZ, have judgment against Defendants GRAND GIFTS & CAFÉ

INC. (D/B/A GRAND CAFÉ), JOHN DOE CORP. (D/B/A GRAND CAFÉ), SAVVAS

TSIATTALOS, and PEDRO MARTINEZ, (collectively "Defendants"), jointly and severally, in the

amount of $17,000.00, (Seventeen Thousand Dollars and Zero Cents) which is inclusive of interest,

attorneys' fees and costs.

.


Dated: _____, 20__  SO ORDERED,


          _____