UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IGNACIO CRUZ, individually and on behalf
of others similarly situated,

                    Plaintiff,

v.

GRAND GIFTS & CAFÉ INC. (D/B/A
GRAND CAFÉ), JOHN DOE CORP.
(D/B/A GRAND CAFÉ), SAVVAS
TSIATTALOS, and PEDRO MARTINEZ,

                    Defendants.
---------------------------------------------------------X

Case 1:20-cv-06573-JMF

**JUDGMENT**

On __April 9, 2021,__ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff IGNACIO GRUZ, have judgment against Defendants GRAND GIFTS & CAFÉ INC. (D/B/A GRAND CAFÉ), JOHN DOE CORP. (D/B/A GRAND CAFÉ), SAVVAS TSIATTALOS, and PEDRO MARTINEZ, (collectively "Defendants"), jointly and severally, in the amount of $17,000.00, (Seventeen Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: _____April 9_____, 2021     SO ORDERED,

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.